ACCEPTED
03-15-00215-CV
6905353
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/14/2015 11:07:52 AM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00215-CV

## TEXAS COURT OF APPEAL, THIRD DISTRICT, AT AUSTIN

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

9/14/2015 11:07:52 AM

JEFFREY D. KYLE
Clerk

**LENNY ACEVEDO**
Appellant
v.

**FEDERAL NATIONAL MORTGAGE**
Appellee.

### NOTICE OF ATTORNEY NONREPRESENTATION

## TO THE HONORABLE COURT OF APPEALS:

James Minerve, pursuant to Tex.R.App.P. 6.4, notices this court that he is not representing Lenny Acevedo on appeal.

The court should communicate directly with Mr. Acevedo, c/o 13276 Research Blvd., Ste. 204, Austin, Texas 78750.

James Minerve is not aware that Mr. Acevedo still maintains telephone service, but can be reached at the above address.

Respectfully submitted,

James Minerve
State Bar No. 24008692
115 Saddle Blanket Trail
Buda, Texas 78610
(210) 336-5867
(888) 230-6397 (Fax)

Agreed to by:

_Lenny Acevedo_
Lenny Acevedo
c/o 13276 Research Blvd. Ste. 204
Austin, Texas 78750

## CERTIFICATE OF CONFERENCE

On September 14, 2015, I noticed the office of Mark Hopkins by telephone that I would not be  representing Mr. Acevedo on appeal.

_James Minerva_

## CERTIFICATE OF SERVICE

On September 8,  2015, a copy of the attached agreed motion for withdrawal of attorney was sent by U. S. Postal Service, by regular mail and certified mail to:

Mark Hopkins
Hopkins & Williams, P.C.
12117 Bee Caves Rd., Suite 260
Austin, Texas 78738